■ LESLIE TRAGER, Appellant, v ST. JOHN'S UNIVERSITY, Respondent. [983 NYS2d 722]—Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered January 11, 2013, which granted defendant's motion to dismiss, unanimously affirmed, with costs.

The motion court did not abuse its discretion in dismissing this declaratory judgment action because it seeks to determine the rights of the parties upon the happening of a future event, defendant's receipt of funds, that "is beyond the control of the parties and may never occur" (*see New York Pub. Interest Research Group v Carey*, 42 NY2d 527, 531 [1977]). Thus, a determination in this action would be merely advisory (*see id.*). Concur—Friedman, J.P., Sweeny, Andrias, Gische and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYQUAN DOYLE, Appellant. [983 NYS2d 723]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered on or about November 15, 2012, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Friedman, J.P., Sweeny, Andrias, Gische and Clark, JJ.